# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MICHAEL BAHOU, an individual, and PHARMERICA CORPORATION, a Delaware Corporation

Plaintiffs

v.

GUARDIAN PHARMACY, LLC,

Defendant.

Case No.: 8:19-cv-01753JVS(JDEx)

**ORDER OF DISMISSAL**

Complaint filed: September 16, 2019

## ORDER

Pursuant to the parties' stipulation of dismissal, and Fed. R. Civ. P. Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant are dismissed, with prejudice, and each party to bear its own costs and attorney's fees.

SO ORDERED this 3rd day of December, 2019.

_____
Honorable James V. Selna
United States District Judge